IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Rosalie Grant,                    :

    Plaintiff,                :

  v.                              :        Case No. 2:04-cv-1091

Bob Taft, et al.,                 :        JUDGE FROST
                                            MAGISTRATE JUDGE KEMP

    Defendants.               :

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on September 14, 2005.  No objections have been filed to the Report and Recommendation.  Therefore, the Court ADOPTS the Report and Recommendation.  Governor Taft, Dr. Martin, and Ms. Northrup are DISMISSED as defendants to this action.  Plaintiff's claim regarding seating in the library and the number of typewriters is DISMISSED for failure to state a claim.

                                                 /s/ Gregory L. Frost
                                                 GREGORY L. FROST
                                                 UNITED STATES DISTRICT JUDGE